NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| RAUL CASIANO FIGUEROA,<br><br>    Plaintiff,<br><br>    v.<br><br>MACY'S INC., AND DOES 1 to 125, inclusive,<br><br>    Defendant.<br>_____<br>MACY'S WEST STORES, INC.,<br><br>    Cross-Complainant,<br><br>    v.<br><br>KELLERMEYER BERGENSONS SERVICES; and ROES 1 TO 20 inclusive,<br><br>    Cross-Defendants. | Case No: 8:16-CV-01008-DFM<br>Assigned To Magistrate Judge Douglas F. McCormick, Courtroom 6B, 6th Floor]<br>(Complaint filed on July 6, 2015)<br><br>**JUDGMENT FOR CROSS-DEFENDANT KBS**<br><br>Trial Date: September 12, 2017 |

In light of the Court's Order Granting Cross-Defendant Kellermeyer Bergensons Services, LLC's Motion for Summary Judgment Against Cross-Complainant Macy's West Stores, Inc. (Doc. No. 25), the Court **ORDERS** that judgment is entered as follows:

-1-

(1) Judgment is entered in favor of Cross-Defendant Kellermeyer Bergensons Services, LLC (KBS) against Cross-Complainant Macy's West Stores, Inc.;

(2) Costs are awarded to KBS;

**IT IS SO ORDERED**.

DATED: August 15, 2017        By: _____
                              Judge Douglas F. Mccormick
                              United States Magistrate Judge